582

No. 118. PRINCESS LIDA OF THURN AND TAXIS ET AL. v. FITZGERALD ET AL. October 10, 1938. Petition for writ of certiorari to the Supreme Court of Pennsylvania granted. *Messrs. Charles H. Tuttle* and *Gerald J. Craugh* for petitioners. *Mr. Gerald Purcell Fitzgerald,* pro se.

No. 127. MACKAY RADIO & TELEGRAPH CO. v. RADIO CORPORATION OF AMERICA. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. Samuel E. Darby, Jr., Hugh M. Morris,* and *Paul Kolisch* for petitioner. *Messrs. Abel E. Blackmar, Jr.* and *Jo. Baily Brown* for respondent.

No. 154. UNITED STATES v. McCLURE, ADMINISTRATRIX. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Solicitor General Jackson* for the United States. *Mr. Graham K. Betts* for respondent.

No. 169. UNITED STATES v. PLEASANTS. October 10, 1938. Petition for writ of certiorari to the Court of Claims granted. *Solicitor General Jackson* for the United States. *Messrs. Frederick Schwertner* and *George H. Warrington* for respondent.

No. 180. HELVERING, COMMISSIONER OF INTERNAL REVENUE v. OWENS ET AL. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Solicitor General Jackson* for petitioner. *Messrs. Ewing Everett* and *O. H. Chmillon* for respondents.